UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO, <br><br> Plaintiff, <br><br> v. <br><br> ALI AHMED ALAMMARI, et al., <br><br> Defendants. | Case No.19-cv-06888-RMI <br><br> **JUDGMENT** |

On March 18, 2021 the parties filed a joint Stipulation and Proposed Order of Dismissal with Prejudice, which this court granted (dkt. 32). Accordingly, the court hereby **ENTERS** judgment in accordance with the Stipulation and Order. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: March 19, 2021

ROBERT M. ILLMAN
United States Magistrate Judge